396 A.2d 59

Commonwealth ex rel. Black, Appellant, v. Aytch.

Submitted March 29, 1978. John W. Packel, Assistant Public Defender, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 60

Commonwealth ex rel. Brown et al., Appellants, v. Philadelphia Department of Public Welfare.

Submitted March 20, 1978. Beverly A. Nelson, for appellants; George Scioli, for appellee.

Order affirmed.

SPAETH, J., would quash appeal as untimely.

HOFFMAN, J., did not participate in the consideration or decision of this case.